IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH STRICKLAND,

    Petitioner,

v.                                                 5:14cv134-WS

N.C. ENGLISH,

    Respondent.

---

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 21) docketed October 22, 2014. The magistrate judge recommends that the plaintiff's case be dismissed.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 21) is hereby ADOPTED and incorporated by reference in this order.

2.  The plaintiff's petition for writ of habeas corpus, and this action, are hereby DISMISSED WITHOUT PREJUDICE pursuant to the plaintiff's motions (docs. 20 & 22) for voluntary dismissal.

3.  The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this   25th   day of    November   , 2014.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE